157 A.3d 818

NOLASCO

v.

MOTOR VEHICLE ADMINISTRATION

Pet. Docket No. 441, Sept. Term, 2016

Court of Appeals of Maryland.

April 21, 2017

(No. 415220V, Circuit Court for Montgomery County).

Petition for writ of certiorari denied

■

157 A.3d 818

PAYSINGER

v.

EVERETT

Pet. Docket No. 484, Sept.Term, 2016

Court of Appeals of Maryland.

April 21, 2017

(No. 08–C–16–001574, Circuit Court for Charles County).

Petition for writ of certiorari denied